No. 81–150. NORTHERN PIPELINE CONSTRUCTION CO. *v.* MARATHON PIPE LINE CO. ET AL.; and

No. 81–546. UNITED STATES *v.* MARATHON PIPE LINE CO. ET AL., 458 U. S. 50. Upon consideration of the motion of the Solicitor General to extend stay of judgment and the responses thereto, it is ordered that the Clerk shall further stay the sending of the certified copy of the judgment to the United States District Court for the District of Minnesota to and including December 24, 1982.

No. 81–185. SIMOPOULOS *v.* VIRGINIA. Sup. Ct. Va. [Probable jurisdiction noted, 456 U. S. 988.] Motions of American Public Health Association and Women Lawyers of Sacramento et al. for leave to file briefs as *amici curiae* granted. Motion of Legal Defense Fund for Unborn Children for leave to participate in oral argument as *amicus curiae* denied.

No. 81–523. CONTAINER CORPORATION OF AMERICA *v.* FRANCHISE TAX BOARD. Ct. App. Cal., 1st App. Dist. [Probable jurisdiction noted, 456 U. S. 960.] Motion of International Bankers Association in California et al. for leave to file a brief as *amici curiae* granted. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 81–596. SPRINGDALE SCHOOL DISTRICT NO. 50 OF WASHINGTON COUNTY *v.* GRACE ET AL., 458 U. S. 1118. Motion of state respondents to retax costs denied.

No. 81–680. HERMAN & MACLEAN *v.* HUDDLESTON ET AL.; and

No. 81–1076. HUDDLESTON ET AL. *v.* HERMAN & MACLEAN ET AL. C. A. 5th Cir. [Certiorari granted, 456 U. S. 914.] Motion of Arthur Andersen & Co. for leave to participate in oral argument as *amicus curiae* denied.